IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES ROBERT
FRANKENBERRY,

       Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3274

Opinion filed June 5, 2017.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

James Robert Frankenberry, pro se, Appellant.

Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review,
Tallahassee, for Appellee.

PER CURIAM.

       AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., CONCUR.